B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re  **Holland, Michael Edward Sr.**      Case No. **17-20342-RBR**
               Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,585.00** |
   | Prior to the filing of this statement I have received | $ **585.00** |
   | Balance Due | $ **2,000.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **Plus $335 filing fee, $15 for Pre- Consumer Credit Counseling fees, $10 Post Credit Counseling Fee Courses, $75 Credit Report retrieval fee, and other estimated expenses of $150 as prescribed by the guidelines for compensation for professional services or reimbursement of expenses by Attorneys for Ch 13 Debtors. Pursuant to Local Rule 2016-1(B)(2)(a).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Adversary proceedings and Depositions.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 15, 2017** | **/s/ Chad Van Horn** |
| Date | **Chad Van Horn** |
| | *Signature of Attorney* |
| | **Van Horn Law Group, P.A.** |
| | |
| | **330 N Andrews Ave Ste 450** |
| | **Fort Lauderdale, FL 33301-1012** |
| | **(954) 765-3166   Fax: (954) 756-7103** |
| | **chad@cvhlawgroup.com** |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com